IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MAR 19 2010

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 3:07MJ438 (DWD)
)
MAX RAY BUTLER, )
          *Defendant.* )
_____ )

ORDER FOR DISMISSAL

THIS MATTER is before the Court on the United States' Motion to Dismiss Without Prejudice the Criminal Complaint pending in this matter. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court, the criminal complaint pending in this matter is hereby DISMISSED.

The Clerk is directed to send a copy of this Order to all counsel of record, and to the Marshal's Office and the Bureau of Prisons, if the defendant is in confinement.

It is SO ORDERED.

      /s/
Dennis W. Dohnal
United States Magistrate Judge

ENTERED this 19th day of March 2010

At Richmond, Virginia